IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00799-WYD-BNB

WESTERN STONE & METAL CORP.,

Plaintiff,

v.

CHRIS RIGGS, an individual, and
JOHN A. WEGMAN, an individual,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following motions:

(1) **Defendant Chris Riggs' Motion to Compel Full and Complete Responses to His Discovery Requests to Plaintiff** ("Riggs' Motion to Compel"), filed September 26, 2005 [Docket No. 31];

(2) **Defendant Chris Riggs' Motion for Extension of Deadlines to Join Parties or Amend Pleadings and to Submit Expert Witness Disclosures Concerning Potential Counterclaims** ("Riggs' Motion for Extension"), filed September 29, 2005 [Docket No. 34];

(3) **Plaintiff's Motion for Extension of Time to Join Parties, Amend Pleadings and to File Plaintiff's Designation of Expert Witnesses Pursuant to Fed. R. Civ. P. 26(a)(2)** ("Plaintiff's Motion for Extension: Schedule"), filed September 30, 2005 [Docket No. 36];

(4) **Wegman's Motion to File Amended Answer and Counterclaims** ("Wegman's Motion to Amend"), filed September 30, 2005 [Docket No. 39];

(5)     **Plaintiff's Motion for Extension of Time to File Motion for Determination of Confidential Designation of Documents** ("Plaintiff's Motion for Extension: Documents"), filed October 11, 2005 [Docket No. 47];

(6)     **Plaintiff's Motion for Protective Order** (the "Motion for Protective Order"), filed October 13, 2005 [Docket No. 49];

(7)     **Defendant John Wegman's Motion to Compel Full and Complete Responses to His Discovery Requests** ("Wegman's Motion to Compel") [Docket No. 51]; and

(8)     **Defendant John Wegman's Supplement to His Motion to Compel Full and Complete Responses to His Discovery Requests** ("Wegman's Supplement to Motion to Compel"), filed October 28, 2005 [Docket No.69].

I held a hearing on these motion yesterday and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that Riggs' Motion to Compel is GRANTED IN PART and DENIED IN PART as follows:

GRANTED with respect to Interrogatories No. 12, 15, and 17;

GRANTED with respect to Production Requests No. 7 and 21;

DENIED with respect to Admission Requests No. 4, 5, and 6, all of which were denied, but GRANTED to require the plaintiff to provide the explanation called for by Interrogatory No. 2; and

DENIED in all other respects.

IT IS FURTHER ORDERED that the plaintiff shall provide supplemental discovery responses consistent with this order on or before **November 15, 2005**.

IT IS FURTHER ORDERED that Riggs' Motion for Extension is DENIED as unnecessary insofar as it seeks an extension of time to join parties and file counterclaims. Riggs' has not yet answered the complaint and may, in connection with his initial answer, seek leave to join parties and may file counterclaims. Riggs' Motion for Extension is DENIED WITHOUT PREJUDICE insofar as it seeks an extension of time to designate experts in support of any counterclaims Riggs may bring, and may be renewed if Riggs does in fact assert counterclaims which require expert support.

IT IS FURTHER ORDERED that Plaintiff's Motion for Extension: Schedule is DENIED as moot insofar as it seeks an extension of time through October 20, 2005, within which to join parties and amend pleadings, that date having passed and no such motion having been filed; and is GRANTED to allow the plaintiff until **November 7, 2005**, within which to submit expert witness disclosures as to all experts other than Pat Pacey, and until **November 28, 2005**, within which to submit the expert witness disclosure for Pat Pacey.

IT IS FURTHER ORDERED that Wegman's Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the Amended Answer and Counterclaims of John Wegman, which is attached as an exhibit to the Wegman's Motion to Amend. The plaintiff shall respond to the Amended Answer and Counterclaims of John Wegman on or before **November 14, 2005**.

IT IS FURTHER ORDERED that the Plaintiff's Motion for Extension: Documents is GRANTED.

IT IS FURTHER ORDERED that the Motion for Protective Order is construed as being directed at a request by defendant Riggs for a copy of the Unauthorized Plan, and is DENIED as

unnecessary because no responsive document exists.

IT IS FURTHER ORDERED that Wegman's Motion to Compel and Wegman's Supplement to Motion to Compel each are DENIED WITHOUT PREJUDICE, and may be renewed if necessary after further consultation of the parties.

Dated November 3, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge