IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00799-WYD-BNB

WESTERN STONE & METAL CORP.,

Plaintiff,

v.

CHRIS RIGGS, an individual, and
JOHN A. WEGMAN, an individual,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Unopposed Motion of Defendant Wegman to Amend Answer to Assert Affirmative Defense** (the "Motion"), filed on December 1, 2005.

     IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is to accept for filing the attachment to doc. no. 90, **Second Amended Answer and Counterclaims of John Wegman**.

DATED: December 5, 2005.