IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00799-WYD-BNB

WESTERN STONE & METAL CORP.,

Plaintiff,

v.

CHRIS RIGGS, an individual, and
JOHN A. WEGMAN, an individual,

Defendants.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

   This matter is before the Court on the **Motion for an Eight-Day Extension of Time to File Expert Witness Rebuttal Report Concerning Compensation Issues** (docket entry no. 94, filed on December 6, 2005, and **Defendant Wegman's Joinder in Defendant Riggs' Motion for an Extension of Time to File Expert Witness Rebuttal Report Concerning Compensation Issues** (docket entry no. 99, filed December 7, 2005).

   IT IS ORDERED that these Motions are GRANTED and defendants have to and including **December 15, 2005**, in which to submit a rebuttal report from their compensation expert.

DATED: December 13, 2005.