IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00799-WYD-BNB

WESTERN STONE & METAL CORP.,

Plaintiff,

v.

CHRIS RIGGS, an individual, and
JOHN A. WEGMAN, an individual,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    Pursuant to the filing of the Stipulated Motion to Vacate February 24, 2006 Hearing,

    IT IS ORDERED that the hearing is VACATED.

    IT IS FURTHER ORDERED that the Non-Party KPMG LLP's Motion for a Protective Order Modifying the Fed.R.Civ..30(b)(6) Subpoena and Subpoena Duces Tecum is DENIED AS MOOT.

DATED: February 23, 2006.