IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00799-WYD-BNB

WESTERN STONE & METAL CORP.,

    Plaintiff,

v.

CHRIS RIGGS and JOHN WEGMAN,

    Defendants.

---

**ORDER ON THE UNOPPOSED JOINT MOTION TO MODIFY AUGUST 12, 2005 STIPULATED PROTECTIVE ORDER TO APPLY TO NON-PARTY KPMG'S PRODUCTION OF DOCUMENTS AND DEPOSITION TESTIMONY**

---

THE COURT, having reviewed the **UNOPPOSED JOINT MOTION TO MODIFY AUGUST 12, 2005 STIPULATED PROTECTIVE ORDER TO APPLY TO NON-PARTY KPMG'S PRODUCTION OF DOCUMENTS AND DEPOSITION TESTIMONY,** being fully advised in the premises, and for good cause showing:

HEREBY ORDERS that the August 12, 2005 Stipulated Protective Order entered by this Court be, and hereby is, MODIFIED as follows:

(1) The provisions of the Stipulated Protective Order shall apply to KPMG, LLP ("KPMG") produced documents and deposition testimony designated by KPMG as Confidential under the Stipulated Protective Order; and

(2) KPMG documents and deposition testimony designated as Confidential in accordance with the provisions of the Stipulated Protective Order in the above captioned litigation (i) must be submitted under seal if attached to any pleadings or other documents filed with the Court and (ii) cannot be used in any proceeding other than the above captioned litigation.  It is further

ORDERED that this Order be, and hereby is, incorporated into, as if fully set forth therein, the August 12, 2005 Stipulated Protective Order, and a copy of this Order shall be appended to any copy of the Stipulated Protective Order provide by counsel to any person to whom KPMG Confidential documents are shown as required under Paragraph 5 of the Stipulated Protective Order.

Dated March 3, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

60133248_1.DOC