IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-799-WYD-BNB

WESTERN STONE & METAL CORP.,

    Plaintiff,

v.

CHRIS RIGGS, an individual; and
JOHN A. WEGMAN, an individual,

    Defendants.

_____

### ORDER OF DISMISSAL
_____

    Plaintiff Western Stone & Metal Corp. and Defendant John A. Wegman filed a Stipulation for Dismissal with Prejudice [# 163] on April 12, 2006.  After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

    ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay his or its own costs and attorney's fees.

    Dated:  April 13, 2006

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            U. S. District Judge